**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**COREY YOUNG**                                                                                          **PLAINTIFF**

v.                              Case No. 5:14-cv-00036-KGB

**PIGGY WIGGLY L & J CORPORATION**
**d/b/a SAVE-A-LOT and JOHNNIE MCCOOL,**
**Individually**

                                                                                                              **DEFENDANTS**

<u>**ORDER**</u>

The parties have filed a joint stipulation of dismissal without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure (Dkt. No. 19). Accordingly, this case is dismissed without prejudice.

SO ORDERED this 11th day of August, 2015.

_____
Kristine G. Baker
United States District Judge